AO 442 (Rev. 11/11) Arrest Warrant

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK
I, the undersigned Clerk of the Court, do hereby certify that this is a true, correct and full copy of the original document on file in my custody.
# of pages (text) _____   # of pages including (exhibits) _____
Dated: 3/19/18   Lawrence K. Baerman, Clerk
by _____, Deputy Clerk.

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>MAXIMILIEN R. REYNOLDS<br><br>_Defendant_ | )<br>)<br>) Case No. 3:18-MJ-139 (TWD)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Maximilien R. Reynolds,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

26 USC § 5861(d) (two counts), Possession of a Unregistered Destructive Device/Silencer
18 USC § 922(a)(6) and 2(a) and 2(b), False Statement in Acquisition of a Firearm
18 USC § 924(a)(1)(A) and 2(a) and 2(b), False Statement in Required Firearm Record

Date: 03/14/2018

_Issuing officer's signature_

City and state: Syracuse, New York    Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 3/15/2018, and the person was arrested on _(date)_ 3/15/2018
at _(city and state)_ Ithaca, New York.

Date: 3/16/2018

_Arresting officer's signature_

Derek Valgora ATF S/A
_Printed name and title_