UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA

vs.

MAXIMILIEN R. REYNOLDS,

                              Defendant.

**NOTICE OF INTENT TO RELY ON INSANITY DEFENSE**

Case No. 3:18-mj-00139-TWD

-----------------------------------------------------------

To:   Richard R. Southwick
       Assistant United States Attorney
       United States Attorney's Office, Northern District of New York
       James F. Hanley Federal Bldg., 9th Floor
       100 South Clinton Street
       P.O. Box 7198
       Syracuse, New York 13261-7198

NOTICE IS HEREBY GIVEN, pursuant to Rule 12.2(a) of the Federal Rules of Criminal Procedure, and related provisions of law, that Maximilien R. Reynolds, defendant in the above-entitled case, intends to rely on the **defense of insanity** at the time of the alleged offense.

DATED: March 16, 2018

                                              */s/ Raymond M. Schlather*
                                              RAYMOND M. SCHLATHER, ESQ.
                                              Bar Roll # 501364
                                              SCHLATHER, STUMBAR, PARKS & SALK, LLP
                                              Attorneys for Defendant
                                              Office & Post Office Address
                                              200 East Buffalo Street
                                              P. O. Box 353
                                              Ithaca, New York  14851
                                              (P)  (607) 273-2202
                                              (F)  (607)-273-4436