UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                         Plaintiff,

v.

MAXIMILIEN R. REYNOLDS,

                         Defendant.

**NOTICE OF APPEARANCE**

Case No.: 3:18-MJ-139 (TWD)

---

      PLEASE TAKE NOTICE, that KIMBERLY M. ZIMMER, ESQ., hereby enters her appearance as co-counsel for Defendant MAXIMILIEN R. REYNOLDS ("Defendant"), in the above-entitled action and requests that her name be added to the mailing list maintained by the clerk in the above matter.

Dated: March 30, 2018

                                   ZIMMER LAW OFFICE, PLLC
                                   Attorney for Defendant Maximilien R. Reynolds

                             By: _____
                                   Kimberly M. Zimmer, Esq.
                                   Bar Roll No.: 505346
                                   Office and P.O. Address
                                   120 E. Washington Street, Suite 815
                                   Syracuse, New York 13202
                                   Telephone: (315) 422-9909