## SCHLATHER, STUMBAR, PARKS & SALK, LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| RAYMOND M. SCHLATHER | 200 EAST BUFFALO STREET | DIANE V. BRUNS |
| JAMES A. SALK | P.O. BOX 353 | |
| JEFFREY D. WALKER | ITHACA, NEW YORK 14851 | L. RICHARD STUMBAR, OF COUNSEL |
| *Associates* | TELEPHONE (607) 273-2202 | MARTIN A. LUSTER, RETIRED |
| ELIZABETH M. ALDRIDGE | FACSIMILE (607) 273-4436 *(NOT FOR SERVICE OF PROCESS)* | MICHAEL LOPINTO (1915-1987) |
| JACOB P. McNAMARA | www.ithacalaw.com | DAVID MAKOTO PARKS (1969-2016) |
| SUJATA S. GIBSON | | |
| DARIUS K. LIND | | |

August 10, 2018

Hon. Therese Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261-7346

    Re:  **U. S. v. MAXIMILIEN REYNOLDS**

Dear Judge Dancks:

    This waiver by letter is being filed pursuant to the Court's authorization therefor made and entered during the telephone conference of August 3, 2018.

    In relevant part, the results of the Court-ordered forensic mental health evaluation that are under seal in this Court is consistent with the diagnosis, prognosis and recommended course of treatment previously established at Cayuga Medical Center's Behavioral Science Unit and confirmed by the forensic psychologists engaged by defense counsel. Specifically, prior to the events giving rise to his arrest herein, Mr. Reynolds' mental state had decompensated to the point where he was fearful for the safety of those around him and taking protective measures accordingly; although he was stabilized on a preliminary basis at Cayuga Medical Center, his arrest by the FBI at the Center terminated his treatment resulting in the deterioration of his mental status which required this Court's Order for evaluation in a Federal facility. Fortunately, the professionals at FMC Devens stabilized Mr. Reynolds with a course of treatment and medication.

    So stabilized, the defendant and his attorneys agree that Mr. Reynolds is fully competent to stand trial.

Mr. Reynolds waives any further formal appearance, whether in person or by Skype, in any proceeding whereby the Court adjudicates his competency at this time.

Mr. Reynolds reserves his rights to raise any defense based on his mental health at the time of the events at issue in this case.

Respectfully yours,

*[signature]*

RAYMOND M. SCHLATHER

RMS/lfs
cc:  AUSA Richard R. Southwick
     Kimberly Zimmer, Esq.