UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
       vs.                                             3:18-MJ-00139-TWD
MAXIMILIEN R. REYNOLDS,
                              Defendant.
_____

APPEARANCES:                                          OF COUNSEL:

FOR THE GOVERNMENT

HON. GRANT C. JAQUITH, ESQ.                RICHARD SOUTHWICK, ESQ.
Interim United States Attorney                    Assistant U.S. Attorney
Office of the United States Attorney
100 South Clinton Street
PO Box 7198
Syracuse, NY 13261

FOR THE DEFENDANT

SCHLATHER, STUMBAR, PARKS & SALK, LLP    RAYMOND M. SCHLATHER, ESQ.
200 East Buffalo Street                             KIMBERLY M. ZIMMER, ESQ.
PO Box 353
Ithaca, NY 14851-0353

THÉRÈSE WILEY DANCKS, United States Magistrate Judge

## **ORDER**

      Defendant is charged by criminal complaint with Possession of an Unregistered Destructive Device/Silencer, False Statement in Acquisition of a Firearm, and False Statement in Required Firearm Record, in violation of 26 U.S.C. § 5861(d), 18 U.S.C. § 922(a)(6) and 2(a) and 2(b), and 18 U.S.C. § 924(a)(1)(A) and 2(a) and 2(b). On March 19, 2018, this Court ordered a psychiatric or psychological examination of Defendant pursuant to 18 U.S.C. § 4241(b). The mental evaluation was recently completed and the report is filed under seal. (Dkt. No. 21.)

      On August 3, 2018, counsel for the Government and the Defendant participated in a

conference call with the Court to discuss the findings of the report which counsel had reviewed.  (Text Minute Entry 8/3/2018.)  Counsel for the Government and Defendant each confirmed that they did not challenge the results of the examination.  *Id.*  Thereafter, counsel for Defendant filed a letter with the Court indicating that Defendant waived any appearance for a competency hearing.  (Dkt. No. 24.)

Therefore, based upon the mental health evaluation (Dkt. No. 21), the parties' indication that neither challenges the results of it (Text Minute Entry 8/3/2018), and Defendant's waiver of a formal appearance on his competency at this time (Dkt. No. 24), the Court adopts the findings in the report filed July 23, 2018 (Dkt. No. 21), from the U.S. Medical Center in Ayer, Massachusetts, and finds Defendant's competency has been restored. The Court finds Defendant is able to understand the charges pending against him; he is able to meaningfully participate in legal proceedings; and he is capable of assisting his counsel in defending him.

**ACCORDINGLY**, it is hereby

**ORDERED**, that Defendant is deemed mentally competent pursuant to 18 U.S.C. § 4241 and he is otherwise detained based upon his previous waiver of a detention hearing (Text Minute Entry 3/16/2018).

Dated:      August 13, 2018
            Syracuse, NY

_____
Thérèse Wiley Dancks
United States Magistrate Judge