

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

100 South Clinton Street, P.O. Box 7198     Tel.: (315) 448-0672
James M. Hanley Federal Building              Fax: (315) 448-0658
Syracuse, New York 13261-7198

January 18, 2019

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:    United States v. Maximilien Reynolds
                Criminal No. 5:18-MJ-139 (TWD)

Dear Judge McAvoy:

      This letter is to request a brief extension in the time for the United States to file its response to the defendant's appeal of Judge Stewart's Detention Order in United States v. Maximilien Reynolds, 3:18-CR-321 (TJM). The Government's response is due today, January 18, 2019. However, due to problems created by the current shutdown of parts of the federal government, which includes the United States Department of Justice, our office is operating with a minimal staff and very minimal support staff.

      It is requested that the Court permit the Government to file its response on or before Wednesday January 23, 2019. I have discussed this with defense counsel Kimberly Zimmer, Esq., who has advised she does not object to this request for extension to file our response.

                                      Respectfully,

                                      GRANT C. JAQUITH
                                      United States Attorney

By: _____
                                      Richard R. Southwick
                                      Assistant United States Attorney
                                      Bar Roll No. 506265